B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Columbia | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual Last, First, Middle)<br><br>**The Washington Times LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names)<br><br>The Washington Times, washingtontimes.com<br>Washington Times National Weekly Edition |
| Last four digits of Social-Security or other Individual's Tax-I D No /Complete EIN<br>(If more than one, state all )<br>**11-3748516** | News World Communications, Inc.<br>News World Communications |
| STREET ADDRESS OF DEBTOR (No and street, city, state, and zip code)<br><br>**3600 New York Ave., N.E.**<br>**Washington, DC 20002** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>**FILED**<br><br>**OCT 2 1 2010** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**District of Columbia**<br>ZIP CODE<br>**20002** | **Clerk, U.S. District and Bankruptcy Courts**<br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**District of Columbia**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box ) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box ) |
|---|---|---|
| Petitioners believe<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below ) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U S C § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>newspaper, internet newspaper |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required ]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets )

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1  ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U S C § 303 (b)
2  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code
3 a  ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount,
         or
   b  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __The Washington Times__

Case No._____

---

**TRANSFER OF CLAIM**
✓ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ (see attached) | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Richard Steinbronn, for WTA LLC    10/21/2010 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing       13404 Hamer Ct. | Address |
| Address of Individual    Herdon VA 20170 | |
| Signing in Representative | Telephone No. |
| Capacity | |

| x _[signature]_ (see attached) | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Richard Steinbronn for WTA USA LLc    10/21/2010 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing       13404 Hamer Ct. | Address |
| Address of Individual    Herndon, VA 20170 | |
| Signing in Representative | Telephone No. |
| Capacity | |

| x _[signature]_ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| Richard A. Steinbronn, Esq.    10/21/2010 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing       13404 Hamer Ct. | Address |
| Address of Individual    Herndon, VA 20170 | |
| Signing in Representative | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 1. See attached continuation sheet | see attached | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| 2. See attached continuation sheet | see attached | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| 3. See attached continuation sheet | see attached | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims    2,000,390.00 |

____1____ continuation sheets attached

# US Bankruptcy Court
# for the District of Columbia

**Involuntary Petition**

In re:    **The Washington Times LLC, debtor**

Continuation sheet to involuntary petition dated October 2(, 2010

**Petitioning Creditors:**

1. Richard A. Steinbronn, derivatively and/or as an individual with special interest, on behalf of **creditor Washington Times Aviation LLC (WTA)**, a Delaware limited liability company *

    Nature of claim:    Loan by WTA to debtor          Amount of claim: $500,000

    This claim amount does not include accrued interest, which petitioner/creditor does not hereby waive

2. Richard A. Steinbronn, derivatively and/or as an individual with special interest, on behalf of **creditor Washington Times Aviation USA LLC (WTA USA)**, a Delaware limited liability company *

    Nature of claim:    Loan by WTA USA to debtor     Amount of claim: $1,500,000

    This claim amount does not include accrued interest, which petitioner/creditor does not hereby waive.

3. Richard A. Steinbronn, Esq.

    Nature of claim:    Expenditure on behalf of debtor    Amount of claim: $390
                        as legal counsel to debtor

\*   **Note:** Creditors Washington Times Aviation LLC and Washington Times Aviation USA are both subsidiaries of Times Aerospace International LLC, (TAI), a Delaware limited liability company, on whose behalf Mr. Steinbronn also asserts derivative or special interest standing. Mr. Steinbronn's derivative or special interest standing is based on his positions as former director, officer and legal counsel for TAI, WTA and WTA USA and their affiliates (the TAI group) since at least 2005. He was wrongfully removed from his various positions in early November 2009, as part of a wrongful takeover of the TAI group by persons wrongfully in control of the entities owing and controlling the TAI group.

US Bankruptcy Court
for the District of Columbia

Involuntary Petition

In re:    **The Washington Times LLC, debtor**

October 21, 2010

**Statement on transfer of claim held by Washington Times Aviation LLC (top of page 2 of Form B 5):**

To my best recollection, and based upon financial information available to me at this time, the WTA loan total of $500,000 was treated as a loan from WTA to the debtor as of September 2009, though the funds originally were loaned to debtor by Times Aerospace USA LLC (TA USA, formerly named Washington Times Aviation, Inc.), an affiliate of WTA. See attached notes – one for $200,000 and one for $300,000. These loans were treated in the records of TA USA and WTA as having been transferred from TA USA to WTA at some point before April 2009. See attached trial balance for Washington Times Aviation LLC (WTA LLC) as of March 31, 2009, showing loan principal of $500,000 owed by "The Washington Times".

These loan transfers were not done for purposes of commencing this case.

Richard A. Steinbronn
on behalf of petitioner WTA

## PROMISSORY NOTE

| | | | |
|---|---|---|---|
| AMOUNT: | $ 300,000.00 | DATE: | December 5, 2001 |
| DUE DATE: | Demand Note | AT: | Washington D.C. |
| INTEREST: | 6 % | | |

FOR VALUE RECEIVED, The Washington Times, with offices at 3600 New York Ave., NE, Washington, D.C. 20002 (hereinafter referred to as "Maker"), promises to pay to the order of The Washington Times Aviation, Inc., at 3600 New York Ave. NE, Washington, D.C. 20002 (hereinafter referred to as "Payee"), at the offices of Payee, or at such other place as the Payee or holder hereof may designate in writing, in lawful money of the United States, the principal amount of THREE HUNDRED THOUSAND and 00/100 DOLLARS ($ 300,000.00) together with interest thereon at the rate of 6 % per annum. The entire principal and any accrued interest owing thereon shall be due and payable in full on demand.

The Maker warrants and represents that the loan evidenced hereby is being made for business or investment purposes.

This Note may be prepaid in part or in full at any time without penalty; provided, however, that consent of Payee is first had and obtained. Payments shall be made in immediately available funds and shall be applied first to interest, and then to principal. Maker waives notice of presentment, protest, and dishonor of this debt and each and every notice of any kind respecting this Note. The undersigned hereby agrees to pay, in addition to all other sums of money due, all costs of collection and reasonable attorney's fees, whether suit be brought or not, if this Note is not paid when due, whether at the stated maturity or by acceleration. No provision hereof may be waived or modified orally, but all such waivers or modifications shall be in writing.

This instrument shall be governed in all respects by the laws of the District of Columbia.

December 5, 2001                    THE WASHINGTON TIMES

                                    By: _____
                                        (Keith Cooperrider, Treasurer)

## PROMISSORY NOTE

| | | | |
|---|---|---|---|
| AMOUNT: | $ 200,000.00 | DATE: | December 6, 2001 |
| DUE DATE: | Demand Note | AT: | Washington D.C. |
| INTEREST: | 6 % | | |

FOR VALUE RECEIVED, The Washington Times, with offices at 3600 New York Ave., NE, Washington, D.C. 20002 (hereinafter referred to as "Maker"), promises to pay to the order of The Washington Times Aviation, Inc., at 3600 New York Ave. NE, Washington, D.C. 20002 (hereinafter referred to as "Payee"), at the offices of Payee, or at such other place as the Payee or holder hereof may designate in writing, in lawful money of the United States, the principal amount of TWO HUNDRED THOUSAND and 00/100 DOLLARS ($ 200,000.00) together with interest thereon at the rate of 6 % per annum. The entire principal and any accrued interest owing thereon shall be due and payable in full on demand.

The Maker warrants and represents that the loan evidenced hereby is being made for business or investment purposes.

This Note may be prepaid in part or in full at any time without penalty; provided, however, that consent of Payee is first had and obtained. Payments shall be made in immediately available funds and shall be applied first to interest, and then to principal. Maker waives notice of presentment, protest, and dishonor of this debt and each and every notice of any kind respecting this Note. The undersigned hereby agrees to pay, in addition to all other sums of money due, all costs of collection and reasonable attorney's fees, whether suit be brought or not, if this Note is not paid when due, whether at the stated maturity or by acceleration. No provision hereof may be waived or modified orally, but all such waivers or modifications shall be in writing.

This instrument shall be governed in all respects by the laws of the District of Columbia.

December 6, 2001                          THE WASHINGTON TIMES

By: _____
(Keith Cooperrider, Treasurer)

## WTA LLC Trial Balance 3-31-2009

|  | 31-Mar-09 | |
|---|---:|---:|
|  | Debit | Credit |
| 1 redacted | 0.00 | |
| 1 redacted | 0.00 | |
| 1 | 0.00 | |
| 1 | 4.06 | |
| 1420 · Note Rec - The Washington Times | 500,000.00 | |
| 1 | 6.03 | |
| 1 redacted | 1.05 | |
| 1 | 4.54 | |
| 1 | 8.38 | |
| 1 | | 0.29 |
| 2 | | 7.31 |
| 2 | | 0.00 |
| 3 redacted | | 7.00 |
| 3 | | |
| 4 | | 0.00 |
| 4 | | 3.00 |
| 5 | | |
| 6 | | |
| 8 | | 0.00 |
| 8 | | 5.32 |
| 8 | | 0.00 |
| 8 | | 0.01 |
|  | | 2.93 |

redacted

Washington Times Aviation LLC
**Trial Balance**
As of August 31, 2009

**WTA LLC Trial Balance 8-31-2009**



| | Date | Debit | Credit |
|---|---|---|---|
| 10 | redacted | 2.88 | |
| 1 | | 0.00 | |
| 14 | | 0.00 | |
| 14 | | 4.63 | |
| 1420 · Note Rec - The Washington Times | | 500,000.00 | |
| 1 | | 6.03 | |
| 1 | redacted | 6.05 | |
| 1 | | 0.00 | |
| 1 | | 7.89 | |
| 1 | | 8.38 | |
| 17 | | | 7.29 |
| 24 | | | 0.00 |
| 24 | | | 0.00 |
| 20 | redacted | | 0.00 |
| 30 | | | 5.36 |
| 30 | | | |
| 40 | | | 0.00 |
| 40 | | | 5.00 |
| 50 | | | |
| 60 | | | |
| 62 | | | |
| 64 | | | |
| 67 | | | |
| 70 | | | 0.60 |
| 80 | | | 0.00 |
| 80 | | | 3.97 |
| 80 | | | 0.00 |
| 85 | | | |
| TO | | | 2.22 |

redacted

Page 1 of 1

Document   Page 9 of 11

US Bankruptcy Court
for the District of Columbia

Involuntary Petition

In re:      The Washington Times LLC, debtor

October 21, 2010

**Statement on transfer of claim held by Washington Times Aviation USA LLC (top of page 2 of Form B 5):**

To my best recollection, and based upon financial information available to me at this time, the loan of $1.5 million of creditor Washington Times Aviation USA LLC (WTA USA) was initially treated as a loan from Times Aerospace USA LLC to the debtor as July 2009. See attached copy of loan. This loan was treated in the records of TA USA and WTA as having been transferred from TA USA to WTA USA at some point after that, and before August 31, 2009. See attached trial balance for Washington Times Aviation USA LLC (WTA USA LLC) as of August 31, 2009, showing loan principal of $1,500,000 owed by "The Washington Times".

This loan transfer was not done for purposes of commencing this case.

Richard A. Steinbronn
on behalf of petitioner WTA

## Promissory Note

**Amount:**   $1,500,000          **Date:**       July 23, 2009

**Interest rate:** 6%             **Due Date:**   January 22, 2010

The Washington Times LLC ("TWT LLC"), a Delaware limited liability company, with offices at 3600 New York Ave. N.E. Washington, DC 20002, hereinafter referred to "Maker", promises to pay to Washington Times Aviation USA LLC ("WTA USA LLC"), a Delaware limited liability company, with offices at 3600 New York Ave. N.E., Washington, DC 20002, herein after referred to as "Payee", at the offices of Payee, or such other place as Payee or holder hereof may designate in writing, in lawful money of the United States, the principal amount of One Million and Five Hundred Thousand Dollars ($1,500,000), plus interest of 6%. The principal and interest shall be due and payable on January 22, 2010. There is no penalty, if the loan is repaid early.

The Maker warrants and represents that the loan evidenced hereby is made as a six-month loan to fund operational expenses consistent with Maker's organizational purposes.

As collateral, in the event of a default, Maker pledges to WTA USA LLC the right to receive a sum equivalent to the principal and interest that is in default, from one or both of two sources: out of TWT LLC's investment stream from its ultimate parent company, Unification Church International, and from its commercial revenue stream.

This instrument shall be governed in all respects by the laws of the District of Columbia.

Date:  July 23, 2009          The Washington Times, LLC

By:    _____

Name:  Keith Cooperrider

Title: Treasurer

# Washington Times Aviation USA LLC
## Trial Balance
### As of August 31, 2009



| WTA USA | Aug 31, 09 | |
|---|---|---|
| | Debit | Credit |
| 1... redacted | | 83 |
| 1... | | 44 |
| 1... | | 69 |
| 1... | | 35 |
| 1... | | 00 |
| 1... | | 90 |
| 1... | | 96 |
| 1... | | 00 |
| 1450 · Note Receivable - TWT | 1,500,000.00 | |
| 1... redacted | | 00 |
| 1... | | 00.00 |
| 2... | | 50 65 |
| 3... redacted | | 9.86 |
| 3... | | |
| 6... | | |
| 6... | | |
| 8... | | 57.49 |
| 9... | | 88.94 |
| TOTAL | | 76.94 |

redacted