## United States Bankruptcy Court
## District of Columbia

| | |
|---|---|
| **In re** The Washington Times LLC ) | Case No. 10-1041 |
|    Alleged Debtor ) | |
| *Other trade names*: washingtontimes.com ) | |
|    The Washington Times ) | |
|    Washington Times National ) | Chapter 11 |
|      Weekly Edition ) | |
|    News World Communications, Inc. ) | |
|    News World Communications ) | |

**FILED**
OCT 21 2010
Clerk, U.S. District and Bankruptcy Courts

### Summons to Debtor in Involuntary Case

To the above named debtor:

   A petition under title 11, United States Code, was filed against you in this bankruptcy court on October 21, 2010, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

   You are summoned and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

   Address of the clerk: U.S. Bankruptcy Court
                              E. Barrett Prettyman U.S. Courthouse, Room 1225
                              333 Constitution Ave., N.W.
                              Washington, DC 20001

At the same time, you must also serve a copy of your motion or answer on petitioners, attention:
                              Richard A. Steinbronn
                              13404 Hamer Court
                              Herndon, VA 20170

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**ANGELA D. CAESAR**
_____ (Clerk of the Bankruptcy Court)

Date: 10/21/10        By: _____ (Deputy Clerk)

## Certificate of Service

I, _____ (name), certify that on October _____ (date), I served this summons and a copy of the involuntary petition on The Washington Times LLC, the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

_____
_____
_____
_____

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalties of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

                          Print name: _____

                          Address:    _____
                                      _____

## Acceptance of Service

I, _____ (name), _____ (title at CT Corporation System), on behalf of CT Corporation System, 1015 15th St., NW, Suite 1000, Washington, DC 20005, registered agent of The Washington Times LLC, hereby accept service of the summons and related involuntary petition in the matter titled "In re The Washington Times LLC", Case No. _____, filed in the U.S. Bankruptcy Court, District of Columbia, this ____ day of October, 2010, at _____ AM.

                                            _____
                                            (signature)

                                            _____
                                            (print name)