The order below is signed with the paragraphs calling for dates to be inserted changed to read:

ORDERED, that the alleged debtor, The Washington Times LLC, may file a motion seeking entry of judgment under 11 U.S.C. § 303(i) against petitioner Richard Steinbronn ("Motion For Judgment"), along with and any supporting papers it wishes to file, on or before November 8, 2010; and it is

ORDERED, that Richard Steinbronn may file any memorandum and supporting papers he wishes to file in opposition to the Motion For Judgment or before December 5, 2010; and it is

ORDERED, that to permit the debtor to delay preparing its Motion for Judgment in order to mitigate damages pending any settlement discussions, the parties may agree to modify the dates for filing their papers without the necessity of court order; and it is

ORDERED, that the Court shall conduct a hearing on the Motion For Judgment on January 5, 2011 at 10:30 a.m.

Dated: October 26, 2010.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>THE WASHINGTON TIMES LLC,<br><br>    Alleged Debtor. | Chapter 11<br>Case No. 10-1041 |

### ORDER GRANTING EMERGENCY MOTION OF ALLEGED DEBTOR, THE WASHINGTON TIMES LLC, TO DISMISS INVOLUNTARY PETITION

Upon consideration of the Emergency Motion of Alleged Debtor, The Washington Times LLC, to Dismiss Involuntary Petition ("Motion To Dismiss"), and the opposition thereto, the Court finding that good cause exists to grant the Motion To Dismiss, it is hereby

ORDERED, that the Motion To Dismiss be, and hereby is, GRANTED; and it is further

ORDERED, the Involuntary Petition filed in the above-captioned case be, and hereby is, DISMISSED; and it is further

ORDERED, that the alleged debtor, The Washington Times LLC, may file a motion seeking entry of judgment under 11 U.S.C. § 303(i) against petitioner Richard Steinbronn

("Motion For Judgment"), along with and any supporting papers it wishes to file, on or before

_____, 2010; and it is further

ORDERED, that Richard Steinbronn may file any memorandum and supporting papers he wishes to file in opposition to the Motion For Judgment or before _____, 2010; and it is further

ORDERED, that the Court shall conduct a hearing on the Motion For Judgment on _____, 2010 at _____ am/pm.

                                          **[Signed and dated above]**

**Copies to: Alleged Debtor; Alleged Debtor's attorney; the Office of the United States Trustee; the Petitioning Creditors; and all parties who have entered appearances in the case.**

#9863181_v1

2