**ORDER DISMISSING EMERGENCY MOTION OF ALLEGED DEBTOR, THE WASHINGTON TIMES LLC, TO REQUIRE PETITIONER TO FILE BOND**

The court having dismissed this case, it is

ORDERED that the Emergency Motion of Alleged Debtor, The Washington Times LLC, to Require Petitioner to File Bond is dismissed as moot, and the proposed order below is stricken.

Dated: October 26, 2010.



**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

THE WASHINGTON TIMES LLC,

          Alleged Debtor.

Chapter 11
Case No. 10-1041

### ORDER GRANTING EMERGENCY MOTION OF ALLEGED DEBTOR, THE WASHINGTON TIMES LLC, TO REQUIRE PETITIONER TO FILE BOND

Upon consideration of the Emergency Motion of the Alleged Debtor, The Washington Times LLC, To Require Petitioner to File Bond ("Motion To Require Bond"), and the opposition thereto, it is hereby

ORDERED, that the Motion To Require Bond be, and hereby is, GRANTED; and it is further

ORDERED, that, pursuant to 11 U.S.C. § 303(e), as a condition to his right to seek entry of an order for relief against The Washington Times LLC through the prosecution of the Involuntary Petition filed in the above-captioned case, petitioner Richard Steinbronn is required to file a bond with this Court in the amount of $_____ , on or before 4:00 p.m. on _____, 2010, to indemnify The

Washington Times LLC, for such amounts as the Court may later award to The Washington Times LLC

under 11 U.S.C. § 303(e); and it is further

ORDERED, that if petitioner Richard Steinbronn fails to file the required bond on or before 4:00

p.m. on _____, 2010, the Involuntary Petition shall be deemed dismissed, and The

Washington Times LLC shall be permitted to file a motion seeking entry of judgment against Richard

Steinbronn pursuant to 11 U.S.C. § 303(i).

                                    **[Signed and dated above]**


**Copies to:  Alleged Debtor; Alleged Debtor's attorney; the Office of the United
States Trustee; the Petitioning Creditors; and all parties who have entered appearances in
the case.**